# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146211(28)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

                                        SC: 146211
                                        COA: 310668
                                        Livingston CC: 12-020466-FC

GEORGE ROBERT TANNER,
        Defendant-Appellee.
_____/

        On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his brief is GRANTED. The brief submitted on October 9, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2013



Clerk